UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

Amelia Roskin-Frazee

               Plaintiff,

-against-                                        1:17-cv-02032-DAB

Columbia University                         MOTION FOR ADMISSION

                                                         PRO HAC VICE

                        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Irwin M. Zalkin__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Amelia Roskin-Frazee__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __New York and California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                                   Respectfully Submitted,

                                           Robert Hantman

Applicant Signature: _[signature]_

Applicant's Name: Irwin M. Zalkin

Firm Name: The Zalkin Law Firm, P.C.

Address: 12555 High Bluff Drive, Suite 301

City/State/Zip: San Diego, CA 92130

Telephone/Fax: 858-259-3011 / 858-259-3015

Email: irwin@zalkin.com