UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Amelia Roskin - Frazee

                Plaintiff,

-against-                              1:17 Civ. 02032 (DAB)

                                                MOTION FOR ADMISSION

Columbia University                         PRO HAC VICE

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Devin M. Storey hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amelia Roskin-Frazee in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                              Respectfully Submitted,

                                       Robert Hantman

                                       Applicant Signature:

                                       Applicant's Name: Devin M. Storey

                                       Firm Name: The Zalkin Law Firm, P.C.

                                       Address: 12555 High Bluff Drive, Suite 301

                                       City/State/Zip: San Diego, CA 92130

                                       Telephone/Fax: 858-259-3011 / 858-259-3015

                                       Email: dms@zalkin.com