**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Amelia Roskin-Frazee

    Plaintiff,

-against-

Columbia University

    Defendant.

1-17cv 02032     ( DAB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Devin M. Storey__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New York and California__; and that his/her contact information is as follows (please print):

Applicant's Name: __Devin M. Storey__

Firm Name: __The Zalkin Law Firm, P.C.__

Address: __12555 High Bluff Drive, Suite 301__

City / State / Zip: __San Diego / CA / 92130__

Telephone / Fax: __858-259-3011 / 858-259-3015__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Amelia Roskin - Frazee__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                              United States District / Magistrate Judge