UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Amelia Roskin - Frazee

                  Plaintiff,

-against-                                  1:17 Civ. 02032 ( DAB )

                                                      MOTION FOR ADMISSION

Columbia University                                PRO HAC VICE

                  Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Alexander S. Zalkin hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amelia Roskin - Frazee in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                            Respectfully Submitted,

                                      Robert Hantman

                                      Applicant Signature: *[signature]*

                                      Applicant's Name: Alexander S. Zalkin

                                      Firm Name: The Zalkin Law Firm, P.C.

                                      Address: 12555 High Bluff Drive, Suite 301

                                      City/State/Zip: San Diego / CA / 92130

                                      Telephone/Fax: 858-259-3011 / 858-259-3015

                                      Email: alex@zalkin.com