# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

April 20, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER SOLOMON ZALKIN, #280813 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records