UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Amelia Roskin-Frazee<br><br>Plaintiff,<br><br>v.<br><br>Columbia University,<br><br>Defendant. | Civil Action No.: 1:17-cv-02032-DAB<br><br>Judge: George Daniels<br><br>ECF CASE<br><br>**Jury Trial Demanded** |

AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, Alexander S. Zalkin, being first duly sworn, hereby deposes and states:

1. I am an attorney in practice with the law firm of The Zalkin Law Firm, P.C., located at 12555 High Bluff Drive, Suite 301, San Diego CA 92130. My telephone number is 858-259-1311, and my email address is alex@zalkin.com.

2. I have been admitted to practice before the following courts on the following dates:

STATE COURTS

California                                              12/2/2011

3. I am in good standing and eligible to practice in each of the above referenced court.

4. I have never been convicted of a felony.

5. I am not currently censured, suspended or disbarred in any jurisdiction.

1

6. I am not currently the subject of any pending disciplinary matters.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the Southern District of New York, and the New York Rules of Professional Conduct.

9. I designate Robert Hantman, sponsoring attorney, for service of process and the Southern District of New York as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty and perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 2nd day of May 2017, at San Diego, California.

Alexander S. Zalkin, Esq.