UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amelia Roskin-Frazee

    Plaintiff,

-against-

Columbia University

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 23 2017

1-17cv 02032 (GBD)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Irwin M. Zalkin__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New York and California__; and that his/her contact information is as follows (please print):

Applicant's Name: Irwin M. Zalkin

Firm Name: The Zalkin Law Firm, P.C.

Address: 12555 High Bluff Drive, Suite 301

City / State / Zip: San Diego / CA / 92130

Telephone / Fax: 858-259-3011 / 858-259-3015

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Amelia Roskin - Frazee__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: MAY 23 2017

_George B Daniels_
United States District / Magistrate Judge