PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3086

WRITER'S DIRECT FACSIMILE
212-492-0086

WRITER'S DIRECT E-MAIL ADDRESS
rkaplan@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
JOHN F. BAUGHMAN
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
ROSS A. FIELDSTON
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE

JONATHAN S. KANTER
ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
DAVID M. KLEIN
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
VALERIE E. RADWANER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JENNIFER H. WU
BETTY YAP
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

May 31, 2017

**Via ECF and By Hand**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Roskin-Frazee v. Columbia University, No. 17-cv-2032 (GBD)
Request to File Documents under Seal or with Redactions

Dear Judge Daniels:

   I am writing on behalf of Defendant Columbia University ("Columbia") in the above-captioned matter to request that the Court grant permission to file under seal or with redactions the memorandum of law and certain exhibits in support of Columbia's motion to dismiss the complaint, which is scheduled to be filed on Monday, June 5, 2017. The parties have conferred regarding this issue, and Plaintiff does not object to Columbia filing these documents under seal or with redactions.

   The information in the documents proposed to be filed under seal or redacted contains confidential and personal details concerning the Plaintiff, an undergraduate student at Columbia who was the victim of two alleged sexual assaults, including highly sensitive information concerning those alleged incidents of sexual assault.

   Although there is a presumptive right to access judicial documents, that right is not absolute. *See, e.g., Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) (explaining that "the decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case"). Instead, the Court must "balance competing

considerations against" public access, including the privacy rights of those involved. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). This Court has frequently balanced those competing considerations and agreed to permit parties to file sensitive and confidential information under seal or in redacted form. *See, e.g.*, Order granting First Letter Motion to Seal Document, *Sotheby's Inc. v. de Saint Donat-Pourrieres*, No. 17-CV-00326 (S.D.N.Y. Mar. 27, 2017), ECF No. 19; Order that Plaintiffs' Motion for Leave to File their Addresses under seal is Granted, *Desimone v. Kingdom of Saudi Arabia*, No. 17-CV-00348 (S.D.N.Y. Oct. 4, 2016), ECF No. 5; Order granting Motion to Seal Document, *AOL Inc. v. Digital Delivery Networks, Inc.*, No. 15-CV-06620 (S.D.N.Y. Nov. 2, 2015), ECF No. 18.

In cases such as this, where the underlying facts involve incidents of sexual assault and/or records containing highly sensitive personal information, courts have recognized an inherent right to privacy and permitted documents that implicate that right to be filed under seal or with redactions. *See, e.g.*, *Madison v. Hulihan*, No. 09-CV-337, 2012 WL 1004780, at *1 n.3 (E.D.N.Y. Mar. 23, 2012) (noting that medical records were filed under seal); *Wheeler-Whichard v. Doe*, No 10-CV-0358S, 2010 WL 3395288, at *7 (W.D.N.Y. Aug. 25, 2010) ("this Court and other district courts routinely file medical records under seal, without sealing the action or having plaintiff proceed under a pseudonym, to protect plaintiff's privacy interests in his medical records"); *Bloch v. Pike*, No. 09-CV-5503, 2010 WL 2606355, at *6 n.8 (E.D.N.Y. May 20, 2010) ("Because plaintiff's submission contains confidential medical records, they are being filed under seal."); *Herrera v. Santa Fe Pub. Sch.*, No. 11-CV-0422, 2014 WL 4347176, at *13 (D.N.M. Sept. 2, 2014) (ordering the parties to file "an unreacted version under seal" of "any briefing that relates to the Plaintiffs' school records, their medical records, or any sexual assaults" and "a second, redacted version publicly"); *Bailey v. Wexford Med. Serv.*, No. CCB-13-2974, 2014 WL 4541266, at *6 (D. Md. Sept, 10, 2014) (granting motion to file medical records under seal where plaintiff had "placed his medical information at issue").

Here, too, the Court should exercise its discretion and permit Columbia to file this highly sensitive information under seal or with redactions.[1]

Respectfully submitted,

Roberta A. Kaplan

cc:     Counsel of Record

---

[1] If the Court requests, Columbia is prepared to provide the Court with a hard copy of the relevant documents in highlighted form (with the portions to be redacted highlighted).