UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA ROSKIN-FRAZEE,<br><br>               Plaintiff,<br><br>v.<br><br>COLUMBIA UNIVERSITY,<br><br>               Defendant. | No. 17-cv-2032 (GBD) |

### NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Roberta A. Kaplan and exhibits thereto, and all other pleadings and papers in this matter, Defendant Columbia University will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order entering judgment for Defendant and dismissing with prejudice all claims asserted in Plaintiff's Complaint filed March 21, 2017, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
June 5, 2017

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:     /s/ Roberta A. Kaplan

Michele S. Hirshman
Roberta A. Kaplan
Darren W. Johnson

1285 Avenue of the Americas
New York, NY 10019-6064
Main: 212.373.3000
Fax: 212.757.3990
mhirshman@paulweiss.com
rkaplan@paulweiss.com
djohnson@paulweiss.com

*Attorneys for The Trustees of Columbia University in the City of New York*