UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA ROSKIN-FRAZEE,<br><br>Plaintiff,<br><br>-against-<br><br>COLUMBIA UNIVERSITY,<br><br>Defendant. | 1:17-cv-2032 (GBD)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

TREVOR J. HILL, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

    2. On June 5, 2017, I served true and correct copies of the **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (UNREDACTED) and DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT WITH EXHIBITS 1-15 (UNREDACTED)** upon the following:

Robert J Hantman<br>
Hantman & Associates<br>
1120 Avenue of the Americas, 4th Floor<br>
New York, NY 10036<br><br>
<i>Attorney for Plaintiff</i>

3. I made such service by personally delivering true copies of the aforementioned documents to the office at the above stated address.

_____
TREVOR J. HILL

Sworn to before me this
5 day of June, 2017

_____
Notary Public

**TAMARA KOGAN**
**Notary Public, State of New York**
**No. 01KO6093611**
**Qualified in Kings County**
**Certificate Filed in New York County**
**Commission Expires June 2, 2019**