UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA ROSKIN-FRAZEE,<br><br>       Plaintiff,<br><br>    v.<br><br>COLUMBIA UNIVERSITY,<br><br>       Defendant. | No. 17-cv-2032 (GBD) |

### DECLARATION OF ROBERTA A. KAPLAN
### IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

ROBERTA A. KAPLAN declares as follows:

  1.  I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, and am counsel for Columbia University ("Columbia") in this action. I respectfully submit this declaration in support of Columbia's motion to dismiss the Complaint.

  2.  A true and correct copy of Columbia's Gender-Based Misconduct Policy for Students, dated September 1, 2015, is attached hereto as Exhibit 1.

  3.  A true and correct copy of the Investigative Interview of Plaintiff, dated September 8, 2016, is attached hereto as Exhibit 2.

  4.  A true and correct copy of Plaintiff's Investigation File is attached hereto as Exhibit 3.

  5.  A true and correct copy of a transcription of an October 13, 2015 phone call between Plaintiff and a representative from Columbia's Sexual Violence Response Hotline is attached hereto as Exhibit 4.

2

6. A true and correct copy of Plaintiff's Columbia Health Record, dated October 12, 2015, is attached hereto as Exhibit 5.

7. A true and correct copy of a letter to Plaintiff from Columbia's Associate Vice President, Student Conduct and Community Standards, dated October 24, 2016, is attached hereto as Exhibit 6.

8. A true and correct copy of email correspondence between Plaintiff and her Academic Advisor, dated October 14-16, 2015, is attached hereto as Exhibit 7.

9. A true and correct copy of Plaintiff's Case Management File is attached hereto as Exhibit 8.

10. A true and correct copy of the Incident Report filed by Plaintiff, dated August 5, 2016, is attached hereto as Exhibit 9.

11. A true and correct copy of a letter to Plaintiff from Columbia's Associate Vice President, Student Conduct and Community Standards, dated August 8, 2016 is attached hereto as Exhibit 10.

12. A true and correct copy of a letter to Plaintiff from her Case Manager, dated August 15, 2016, is attached hereto as Exhibit 11.

13. A true and correct copy of email correspondence between Plaintiff and an officer in Columbia's Office of Public Safety, dated September 16, 2016, is attached hereto as Exhibit 12.

14. A true and correct copy of a letter to Plaintiff from a Title IX Investigator, dated October 17, 2016, is attached hereto as Exhibit 13.

15. A true and correct copy of email correspondence between Plaintiff and a Title IX Investigator, dated October 19, 2016, is attached hereto as Exhibit 14.

16. A true and correct copy of contemporaneous notes of communications between Plaintiff and a Survivor Advocate, dated October 14, 2015, is attached hereto as Exhibit 15.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at:   New York, New York
               June 5, 2017

_____
Roberta A. Kaplan