USDC SDNY   Daniels, G.
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMELIA ROSKIN-FRAZEE,

                         Plaintiff,

         v.

COLUMBIA UNIVERSITY,

                        Defendant.

---

No. 17-cv-2032 (GBD)

, CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

      This [Proposed] Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and this Court's Initial Pretrial Conference Order dated March 27, 2017.

1. An Initial Pretrial Conference will be held on **Tuesday, June 13, 2017 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. Initial disclosures pursuant to Rule 26(a)(1) shall be served by **no later than 14 days after resolution of Defendant's motion to dismiss.**

3. No **additional parties** may be joined **later than 90 days after resolution of Defendant's motion to dismiss.**

4. No amendment to the pleadings will be permitted **later than 90 days after resolution of Defendant's motion to dismiss.**

5. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **no later than 150 days after resolution of Defendant's motion to dismiss.** The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

6. **Dispositive motions** are to be served by **no later than 30 days after the close of discovery.** Answering papers are to be served within fourteen (14) days. Reply papers are to be served within seven (7) days.

7. The **Joint Pretrial Order** shall be filed no later than **30 days after the close of discovery, or, if a dispositive motion has been filed, 30 days after resolution of the dispositive motion.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. A final **pretrial conference** will be held **7 days after the parties file the Joint Pretrial Order.**

9. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

10. The parties shall be **ready for trial** within 48 hours' notice **beginning 21 days after the final pretrial conference.** The estimated trial time is **5 days**, and this is a jury trial.

11. **A Subsequent Case Management Conference** will be held **30 days after resolution of Defendant's motion to dismiss.**

Dated: June 6, 2017
       New York, New York

SO ORDERED.

JUN 12 2017

*George B. Daniels*
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant