

12555 High Bluff Drive . Suite 301 . San Diego . CA 92130 . tel 858-259-3011 fax 858-259-3015

Irwin M. Zalkin, Esq. Licensed in CA, NY and DC  www.zalkin.com

Devin M. Storey, Esq. Licensed in CA and NY
Alexander S. Zalkin, Esq. Licensed in CA
Ryan M. Cohen, Esq. Licensed in CA
Jacqueline J. McQuarrie, Esq. Licensed in CA

June 16, 2017

To the Chambers of Judge George B. Daniels:

    **RE:**    **Roskin-Frazee v. Columbia University**
            **Case No: 1:17-cv-02032-GBD**

Dear Judge Daniels:

    Plaintiff respectfully requests that the hearing on Defendant's Motion to Dismiss be rescheduled to August 8, 2017. The original date of the hearing is July 13, 2017, which was agreed to by all counsel at this week's scheduling conference. At the time of the scheduling conference, due to a clerical error, Plaintiff's counsel was unaware of a calendar conflict for the July 13, 2017 hearing date. To date, there have been no requests for adjournment of the hearing date. Moreover, counsel for Defendant does not oppose any adjournment, and is available on the August 8, 2017 date requested by Plaintiff.

                        Very truly yours,

                        THE ZALKIN LAW FIRM

                        Alexander S. Zalkin