UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,

| Amelia Roskin-Frazee | |
|---|---|
| Plaintiff, | |
| v. | **Civil Action No.: 1:17-cv-02032-DAB** |
| Columbia University, | **AFFIDAVIT OF SERVICE** |
| Defendant. | |

STATE OF NEW YORK    )
                                             ) ss.:
COUNTY OF NEW YORK  )

DEVIN M. STOREY, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by The Zalkin Law Firm, LLC., 12555 High Bluff Drive, Suite 301, San Diego CA 92130.

    2. On June 19, 2017, I served true and correct copies of the **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT and PLAINTIFF'S OBJECTION TO DEFENDANT'S APPLICATION OF THE INCORPORATION BY REFERENCE DOCTRINE**

1

Roberta A. Kaplan
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas, New
York, New York 10019

*Attorney for Defendant*

3. I made such service by personally delivering true copies of the aforementioned documents to the office at the above stated address.

_____
DEVIN M. STOREY

Sworn to before me this
19th day of June, 2017

_see below_

Notary Public

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 19th day of June 2017 by Devin M. Storey, Name of Signer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Kenneth C. Shook_
Signature of Notary Public

KENNETH C. SHOOK
Notary Public - California
San Diego County
Commission # 2181424
My Comm Expires Feb 23, 2021