```
h6d2rosC
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  AMELIA ROSKIN-FRAZEE,
4              Plaintiff,                New York, N.Y.
5         v.                             17 Civ. 2032(GBD)
6  COLUMBIA UNIVERSITY,
7              Defendant.
8  ------------------------------x
9                                        June 13, 2017
                                         10:00 a.m.
10
   Before:
11
                   HON. GEORGE B. DANIELS,
12
                                         District Judge
13

14
                        APPEARANCES
15

16 THE ZALKIN LAW FIRM
        Attorneys for Plaintiff
17 BY:  ALEXANDER S. ZALKIN

18
   HANTMAN & ASSOCIATES
19      Attorneys for Plaintiff
   BY:  ROBERT J. HANTMAN
20

21 PAUL WEISS RIFKIND WHARTON & GARRISON LLP
   Attorneys for Defendant
22 BY:  ROBERTA A. KAPLAN
        DARREN W. JOHNSON
23

24

25

                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

1               (Case called)
2               THE DEPUTY CLERK:  Will the parties please stand and
3     state their appearances, beginning with the plaintiff.
4               MR. ZALKIN:  Good morning, your Honor.  Alexander
5     Zalkin on behalf of plaintiff.
6               MR. HANTMAN:  Good morning, your Honor.  Robert
7     Hantman, Hantman & Associates, also for plaintiff, and local
8     counsel.
9               THE COURT:  Good morning.
10              MS. KAPLAN:  Good morning, your Honor.  Roberta
11    Kaplan, from the Paul Weiss firm, for defendants.  I am here
12    with my colleague, Darren Johnson.
13              THE COURT:  Good morning.
14              Let me start with plaintiff.  Where are you at this
15    point?  I know there is a motion that has been filed that's not
16    fully submitted.  When do you anticipate that motion is going
17    to be fully submitted?
18              MR. ZALKIN:  Your Honor, I believe our opposition is
19    due next week, and we intend to file it next week, and then I
20    believe defendants will reply the week after.
21              THE COURT:  So what is the date for the reply, so I
22    can set it down after that.
23              MR. JOHNSON:  I believe it is the 26th, your Honor.
24              THE COURT:  26th of June?
25              MR. JOHNSON:  Correct.

h6d2rosC

1           THE COURT:  Did you want to be heard on the motion?
2    Do you want to argue the motion?
3           MR. ZALKIN:  Yes, your Honor.
4           THE COURT:  So why don't I do this?  I will set it
5    down for what about July 11 for argument at 10:30.
6           MS. KAPLAN:  I am checking my calendar, your Honor.
7           MR. ZALKIN:  Your Honor, I have a hearing July 10 in
8    Utah, so if we could push it back.
9           THE COURT:  July 13?
10          MR. ZALKIN:  That works.  Thank you.
11          THE COURT:  July 13 at 10:30.
12          MS. KAPLAN:  That works for me as well, your Honor.
13          THE COURT:  So I will read your papers when they come
14   in, and on that date we will see if we can resolve the motion
15   then.
16          Is there anything else we need to address today from
17   either side?
18          MR. ZALKIN:  Not on plaintiff's end, your Honor.
19          THE COURT:  Defense?
20          MS. KAPLAN:  Not that I am aware of, your Honor.
21          THE COURT:  All right.  So why don't you get the
22   motion fully submitted to me.  I will hear you for argument on
23   the motion and we will discuss it on the 13th of July.  I will
24   see all the parties at 10:30.
25          COUNSEL:  Thank you, your Honor.
                             - - -