USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMELIA ROSKIN-FRAZEE,
                         Plaintiff,

        -against-                                     17 **CIVIL** 2032 (GBD)

                                                           **JUDGMENT**

COLUMBIA UNIVERSITY,
                         Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 21, 2018, Defendant's motion to dismiss Plaintiff's complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           February 21, 2018

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                                   BY:
                                                    *Mango*
                                                  **Deputy Clerk**