# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Amelia Roskin-Frazee

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Columbia University

(List the full name(s) of the defendant(s)/respondent(s).)

1:17 CV 02032 (GBD)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Plaintiff/Appellant Amelia Roskin-Frazee

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☐ order   entered on: 02/21//2018

(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

3-21-2018
Dated

Signature*

Zalkin, Alexander, S.
Name (Last, First, MI)

12555 High Bluff Drive            San Diego         CA              92130
Address                           City              State           Zip Code

858-259-3011                                        alex@zalkin.com
Telephone Number                                    E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13