N.Y.S.D. Case #
17-cv-2032(GBD)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand and eighteen.

Before:    Ralph K. Winter,
        *Circuit Judge.*

_____

Amelia Roskin-Frazee,

    Plaintiff - Appellant,

v.

Columbia University,

    Defendant - Appellee.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 18, 2018

**ORDER**

Docket No. 18-806

The parties jointly move for a stay of this appeal to permit the parties to make a request to the district court for an indicative ruling.

IT IS HEREBY ORDERED that the motion to stay the appeal is GRANTED. The parties shall promptly notify this Court when the district court has issued a ruling on the request for an indicative ruling.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/18/2018